UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS SEVIER, LAUREN DIXON,<br><br>        Plaintiffs,<br><br>     v.<br><br>HEWLETT PACKARD COMPANY, et al.,<br><br>        Defendants. | Case No.16-cv-00886-NC<br><br>**ORDER FOR REASSIGNMENT; RECOMMENDING DISMISSAL OF THE CASE** |

On April 5, 2016, the Court denied Sevier's request to proceed in forma pauperis and dismissed the complaint sua sponte for failure to comply with Rule 8. Dkt. No. 44. The Court gave plaintiffs 14 days to file an amended complaint, but none has been filed.

Because no party has consented to this Court's jurisdiction, the Court orders this case to be reassigned to a district court judge. 28 U.S.C. § 636(c). The Court recommends that the case be dismissed because no timely amended complaint has been filed, and the Court recommends that the clerk terminate Case No. 16-cv-00886.

Any party may object to this recommendation within 14 days. Fed. R. Civ. P. 72.

**IT IS SO ORDERED.**

Dated: April 25, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.16-cv-00886-NC